In the Matter of LAWYERS TITLE AND GUARANTY COMPANY. NETACOS CORPORATION, Appellant and Respondent.

LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Liquidator of LAWYERS TITLE AND GUARANTY COMPANY, Appellant; RECONSTRUCTION FINANCE CORPORATION, Respondent and Appellant.

Submitted April 13, 1942; decided April 23, 1942.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 287 N. Y. 264.)